```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

BRADLEY MARSH,
     Plaintiff,


          v.                              CIVIL ACTION NO.
                                          15-13061-MBB


UNITED STATES OF AMERICA,
     Defendant.


# FINAL JUDGMENT

**June 20, 2017**

**BOWLER, U.S.M.J.**

The issues having been duly heard and a decision rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Bradley Marsh take nothing and that this action be dismissed on the merits.


                                   /s/ Marianne B. Bowler
                                   **MARIANNE B. BOWLER**
                                   United States Magistrate Judge